# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| REX DANIEL SPEER | Case Number: DNCW599CR000009-005 |
| | USM Number: 16500-057 |
| | |
| | Elizabeth Blackwood |
| | Defendant's Attorney |

**THE DEFENDANT:**

  X   admitted guilt to violation of condition(s) 2, 3, 4, 5, 6, 7, 8 & 9 of the term of supervision.
  ___   Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | New law violation | 12/21/05 |
| 3 | New law violation | 12/21/05 |
| 4 | New law violation | 12/21/05 |
| 5 | New law violation | 12/21/05 |
| 6 | New law violation | 12/21/05 |
| 7 | New law violation | 12/21/05 |
| 8 | Failure to report contact with law enforcement officer | 10/13/05 |
| 9 | Failure to reimburse the U. S. Government for cost of court appointed counsel | 1/6/06 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

  X   Violation Number 1 is dismissed upon motion of the U. S. Attorney.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: December 7, 2009

Signed: December 14, 2009

Richard L. Voorhees
United States District Judge

Defendant: REX DANIEL SPEER                                                  Judgment-Page 2 of 2
Case Number: DNCW599CR000009-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>THIRTY-SEVEN (37) MONTHS (20 MONTHS OF THE IMPOSED SENTENCE IS TO  RUN CONSECUTIVELY TO THE STATE SENTENCE HE IS NOW SERVING AND THE REMAINING 17 MONTHS IS TO RUN CONCURRENTLY TO THE STATE SENTENCE HE IS NOW SERVING)</u>.

___    The Court makes the following recommendations to the Bureau of Prisons:

_X_    The Defendant is remanded to the custody of the United States Marshal.

___    The Defendant shall surrender to the United States Marshal for this District:

        ___    as notified by the United States Marshal.

        ___    at___a.m. / p.m. on ___.

___    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___    as notified by the United States Marshal.

        ___    before 2 p.m. on ___.

        ___    as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

_____
United States Marshal

By:    _____
Deputy Marshal